IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

VELOCITY MICRO, INC.,

          Plaintiff,

v.                                                Civil Action No. 3:11-CV-473-JAG

J.A.Z. MARKETING, INC., *ET AL.*,

          Defendants.

## ORDER

This matter is before the Court on the answer and counterclaim filed by the defendants, J.A.Z. Marketing, Inc. ("J.A.Z. Marketing"), and John Hertensteiner (Dkt. No. 6). J.A.Z. Marketing is not represented by licensed counsel. Established case law holds that a corporation must be represented by an attorney in federal court. *See, e.g., Pritchard v. Lubman*, 20 F. App'x 133, 133-34 (4th Cir. 2001) ("[I]t is well-settled that a corporation must be represented by an attorney in federal court" (citations omitted)); *America Online, Inc. v. Mohapatra*, No. 05-0535, 2006 WL 5363179, at *1 (E.D. Va. July 31, 2006) ("[P]ursuant to 28 U.S.C. § 1654, a corporation may not appear pro se." (citations omitted)).

Any pleadings or other papers filed by J.A.Z. Marketing without duly-licensed counsel are of no effect. Accordingly, the answer and counterclaim is hereby STRICKEN as to J.A.Z. Marketing.

The Court grants J.A.Z. Marketing leave to obtain duly-licensed counsel to make an appearance in this case and file a responsive pleading within fourteen days of the date of this Order.

It is so ORDERED.

/s/ _____
John A. Gibney, Jr.
United States District Judge

Date: January 3, 2012
Richmond, VA