IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

VELOCITY MICRO, INC.,

    Plaintiff,

v.                                                             Civil Action No. 3:11-cv-473-JAG

J.A.Z. MARKETING, INC.,

and

JOHN HERTENSTEINER

    Defendants.

## ORDER

THIS MATTER is before the Court due to Defendant J.A.Z. Marketing's continued failure to obtain legal counsel and make an appearance before the Court. As the previous ORDER noted, a corporation must be represented by an attorney in federal court. (Dk. No. 10.) To this date, the defendant has not made an appearance through an attorney.

The Court hereby grants J.A.Z. Marketing further leave to obtain counsel and file a responsive pleading within ten (10) days of this ORDER. In the event of J.A.Z. Marketing's failure to comply with the requirements of this ORDER, the Court shall invite the plaintiff to take the next steps to obtain a default and default judgment.

It is so ORDERED.

Let the Clerk send a copy of this ORDER to all counsel of record and mail a copy via U.S. mail to: Craig M. Mertz Law Office, P.O. Box 623, 7955 Stone Creek Drive, Suite 10, Chanhassen, MN 55317.

Date: January 26, 2012
Richmond, VA

/s/ John A. Gibney, Jr.
United States District Judge